Jimmy DANH;  Luong Thi Ly, Plaintiffs–Appellants,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Defendant–Appellee.

No. 14–1100.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 25, 2014.

Scott C. Borison, Legg Law Firm, LLC, Frederick, Maryland, for Appellants. Edward Hutchinson Robbins, Jr., Derek P. Roussillon, Miles & Stockbridge P.C., Baltimore, Maryland, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Danh and Luong Thi Ly appeal the district court's orders granting sum-

mary judgment in favor of the Federal National Mortgage Association ("Fannie Mae") and awarding Fannie Mae judgment in the amount of $33,726.16, plus court costs, post-judgment interest, and attorneys' fees and expenses. On appeal, Appellants assert that Fannie Mae's claims were barred by res judicata and the *Rooker–Feldman*\* doctrine. Because Fannie Mae's counter-claims are distinct from those raised in the parties' prior state action and were not litigated in any prior proceeding, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Donald Frederick Lewis appeals from the district court's orders dismissing his claims against Prince George's County, Maryland, and the City of Bowie, Maryland, and entering judgment on the jury verdict in favor of Private Simms on Lewis's claims asserted pursuant to 42 U.S.C. § 1983 (2012). On appeal, we confine our review to the issues raised in the appellant's brief. *See* 4th Cir. R. 34(b). Because Lewis's informal brief does not challenge the basis for the district court's disposition, Lewis has forfeited appellate review of the court's orders. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).